IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 2 2 2009

DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| K&D EQUITY INVESTMENTS, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| CANNEX THERAPEUTICS, et al., | § |
| | § |
| Defendants. | § |

CASE NO. 4:09cv249

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 17, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand and for Attorney's Fees (Dkt. 5) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion to Remand and for Attorney's Fees (Dkt. 5) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 21st day of December, 2009.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE