IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB -8 2010

DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| K&D EQUITY INVESTMENTS, INC., | § |
| Plaintiff, | § § § |
| v. | § § |
| CANNEX THERAPEUTICS, et al., | § § |
| Defendants. | § § |

CASE NO. 4:09cv249

# MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 15, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Transfer Venue to the District of Nevada (Dkt. 4) be DENIED without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant's Motion to Transfer Venue to the District of Nevada (Dkt. 4) is DENIED without prejudice.

**IT IS SO ORDERED.**

SIGNED this 6th day of Feb., 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE