IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 0 8 2010
DAVID J. MALAND, CLERK
BY
DEPUTY_____

| K&D EQUITY INVESTMENTS, INC., | § |
|---|---|
| Plaintiff, | § |
| v. | § CASE NO. 4:09cv249 |
| CANNEX THERAPEUTICS, et al., | § |
| Defendants. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 5, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that, once Cannex's counsel makes a proper appearance in this matter, the court enter judgment containing the terms agreed to by the parties and that, in light of the parties' recent agreement, Plaintiff's Motion for Default Judgment (Dkt. 28) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion for Default Judgment (Dkt. 28) is DENIED.

Since the entry of the proposed findings of fact and recommendations, counsel for Cannex has appeared in this matter and indicated consent to the terms of the Agreed Judgment. The Court will therefore enter judgment containing the terms agreed to by the parties.

**IT IS SO ORDERED.**

SIGNED this 7th day of June, 2010.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE